UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL MALONEY, | Civil No. 14-544 (DSD/JJG) |
| Plaintiff, | |
| v. | |
| COUNTY OF HENNEPIN, COUNTY OF HENNEPIN PUBLIC DEFENDERS OFFICE, WILLIAM M. WARD, GARY LARSON, and DOES 1-1000, | ORDER |
| Defendants. | |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated March 18, 2014. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge and all of the files, records, and proceedings herein, IT IS HEREBY ORDERED that:

1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii).

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated:  April 7, 2014                           s/David S. Doty
                                                DAVID S. DOTY, Judge
                                                United States District Court